1  JOHN J. SANSONE, County Counsel (State Bar No. 103060)
   County of San Diego
2  By MORRIS G. HILL, Senior Deputy (State Bar No. 97621)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531-4877;  Fax: (619) 531-6005
4  E-mail: morris.hill@sdcounty.ca.gov

5  Attorneys for Defendant County of San Diego

FILED
2007 AUG 13  PM 12: 59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MARIE REED, | No. 06-cv-2724-JM(WMc) |
| Plaintiff, | ORDER GRANTING JOINT MOTION OF PARTIES TO DISMISS ENTIRE ACTION WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES WITH MUTUAL WAIVER OF COSTS |
| v. | |
| CITY OF SAN DIEGO; COUNTY OF SAN DIEGO; SAN DIEGO UNIFIED PORT DISTRICT, A Public Corporation; OFFICER CARLOS OLGUIN, Badge No. 513, individually and as an officer of the SAN DIEGO HARBOR POLICE DEPARTMENT; AND THE STATE OF CALIFORNIA, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Considering the joint motion of all parties,

IT IS HEREBY ORDERED:

That the joint motion for dismissal of the entire action with prejudice as to defendant County of San Diego only, with mutual waiver of costs as between plaintiff and the County, is granted.

DATED:  8/10/07

_____
HONORABLE JEFFREY T. MILLER
United States District Judge

(06-cv-2724-JM(WMc)